| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>CALVIN WALTERS,<br><br>                    Debtor.<br>------------------------------------------------x | TF-0014/MK<br>July 9, 2025<br>9:00 AM<br><br>Case No. 25-22250-CGM<br><br>Hon. CECELIA G. MORRIS<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Cecelia G. Morris, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 9th day of July, 2025 at 9:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

   **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

   Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: White Plains, New York
    June 10, 2025

                       /s/ *Thomas C. Frost*
                       THOMAS C. FROST, CHAPTER 13 TRUSTEE
                       399 KNOLLWOOD ROAD, STE 102
                       WHITE PLAINS, NY 10603
                       (914)328-6333

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------x  
IN RE:

CALVIN WALTERS,

                      Debtor.  
------------------------------------------------x

TF-0014/MK  
July 9, 2025  
09:00 AM

Case No: 25-22250-CGM

Hon. CECELIA G. MORRIS

**APPLICATION**

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

    THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 31, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 2 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $2,200.00.

3. The Debtor's proposed Chapter 13 plan must be amended to address all secured and priority creditors consistent with the amounts listed in the filed claims.

4. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5), unless loss mitigation is successful.

5. The Debtor has failed to file a loss mitigation request as indicated in Part 3.5 in the Plan filed on May 5, 2025 (ECF No. 14).

6. Furthermore, the Debtor has failed to:

    a. serve the Plan on the Trustee and all creditors and file the proof of service thereof as required by S.D.N.Y. LBR 3015-1(c);

    b. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1) and is in arrears, to date, in the amount of $4,400.00;

    c. provide the Trustee with affidavits of contribution for each person contributing to the proposed plan or to payment of expenses of the Debtor's household;

    d. provide the Trustee with copies of Social Security Income statements;

    e. provide the Trustee with copies of the Debtor's Retirement/Pension Income statements

    f. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1); and

      g. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a).

7. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

8. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       June 10, 2025

                                                    /s/ *Thomas C. Frost*
                                                    Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x    Case No: 25-22250-CGM
IN RE:

  CALVIN WALTERS,

**CERTIFICATE OF SERVICE
BY MAIL**

                  Debtor.
-------------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

CALVIN WALTERS
465 E. 3RD STREET
MT. VERNON, NY 10553

LINDA ST. PIERRE, ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
280 TRUMBULL ST.
23RD FLOOR
HARTFORD, CT 06103

This June 10, 2025

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO: 25-22250-CGM
Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------------------
IN RE:

CALVIN WALTERS,

                Debtor.

**NOTICE OF MOTION, APPLICATION**
**and**
**CERTIFICATE OF SERVICE**

**THOMAS C. FROST**
**STANDING CHAPTER 13 TRUSTEE**
**399 KNOLLWOOD ROAD, SUITE 102**
**WHITE PLAINS, NEW YORK 10603**
**(914) 328-6333**