

| | |
|---|---|
| ILLINOIS | |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

February 18, 2026

**<u>Via ECF</u>**
Hon. Judge David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

> Re:     In re: Calvin Walters
>           Case Number: 25-22250-dsj
>           Loss Mitigation Order, ECF No. 42 - Loss Mitigation Status Letter

Dear Judge Jones,

This firm represents The Bank of New York Mellon fka the Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-21cb Mortgage Pass-Through Certificates, Series 2007-21cb ("Secured Creditor"), the servicer of Calvin Walter's ("Debtor") mortgage loan. Please accept this letter as a loss mitigation status update.

On December 2, 2025, our office was retained for loss mitigation on behalf of Secured Creditor, filed a Creditor Loss Mitigation Affidavit and provided a loss mitigation package to the Debtor's Attorney.  At this time, we are pending submission of the loss mitigation package.

Should Your Honor have any additional concerns or questions, please do not hesitate to contact our office.

> Respectfully Submitted,
>
> /s/ *Ernest Yazzetti, Jr.*
> Ernest Yazzetti, Jr., Esq.